UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

ORLANDO LORENZO

Case No.: 19-13908-RAM
Chapter: 13

_____Debtor_____/

### DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW, DEBTOR, ORLANDO LORENZO,** by her undersigned attorney, and files this Notice of Voluntary Dismissal according to Bankruptcy Rule 1017, and as grounds for this notice would state as follows:

1. Debtor filed his voluntary chapter 13 petition on March 27, 2019 in the Southern District of Florida, Miami division.

2. The Debtor wishes to voluntarily dismiss the subject Bankruptcy.

3. No creditor will be adversely affected if the present case is dismissed.[1]

**WHEREFORE,** the Debtor, **ORLANDO LORENZO,** requests this court to grant the present notice and dismiss the present case.

Dated 8-2-19

*[signature]*

**ORLANDO LORENZO**

---

[1] By filing this dismissal, the Debtor does not waive any arguments regarding the validity of the mortgage on the Debtor's homestead nor any arguments regarding the factually inaccurate and fallacious motion for relief from the automatic stay filed by Creditor Dairyland, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served by Electronic Service or U.S. first class Mail on all parties listed on the attached Mailing Matrix and all others set forth in the NEF on  2nd  day of August 2019.

/s/ Ricardo Corona
Ricardo R. Corona, Esq.
Florida Bar No.:111333
3899 NW 7th Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Tel
(888) 554-5607 Fax
Email: bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 19-13908-RAM**

**Office of the US Trustee**
51 SW 1 Avenue, Ste 1204
Miami, Florida 33130

**Nancy Neidich, Chapter 13 Trustee**
PO Box 279806
Miramar, Florida 33027